UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER CLARK, MAAYAN KESHET,
PETER BUCKINGHAM, STANISLAV KLUGMAN,
and BADRUZ JAMAN, individually and on behalf of
others similarly situated,

    Plaintiffs,

v.                                        CASE NO. 8:17-cv-1623-T-26TGW

PAYWARD, INC. d/b/a KRAKEN,

    Defendant.
_____/

# O R D E R

**UPON DUE CONSIDERATION**, it is **ORDERED AND ADJUDGED** that the Agreed Motions to Stay Discovery Pending Resolution of Defendant's Motion to Compel Arbitration and to Continue Preliminary Pretrial Conference (Dkt. 24) are **granted.** All discovery in this case is **stayed** pending the Court's resolution of Defendant's Motion to Compel Arbitration. The Preliminary Pretrial Conference scheduled for October 2, 2017, is **cancelled.** Defendant's original Motion to Stay Proceedings (Dkt. 22) is **denied as moot**.

**DONE AND ORDERED** at Tampa, Florida, on September 29, 2017.

                                            s/*Richard A. Lazzara*
                                            **RICHARD A. LAZZARA**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record