# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**Civil Action No. 8:17-cv-01623-RAL-TGW**

CHRISTOPHER CLARK, MAAYAN KESHET,
PETER BUCKINGHAM, STANISLAV KLUGMAN,
and BADRUZ JAMAN, individually and on behalf of
others similarly situated;

    Plaintiffs,

v.

PAYWARD, INC. d/b/a KRAKEN, a Delaware corporation,

    Defendant.
_____/

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

    Plaintiffs CHRISTOPHER CLARK, MAAYAN KESHET, PETER BUCKINGHAM, STANISLAV KLUGMAN, and BADRUZ JAMAN, by and through their undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), hereby give notice that this action shall be, and is, **DISMISSED WITHOUT PREJUDICE**. Instead of pursuing adjudication in this forum, Plaintiffs will seek adjudication of their claims in arbitration.

    Each party is to bear its own costs, expenses, and attorneys' fees associated with the above-captioned action.

Dated:   October 25, 2017

    Respectfully submitted,

    By:  /s/ *David C. Silver*
    DAVID C. SILVER
    Florida Bar No. 572764
    E-mail: DSilver@SilverMillerLaw.com
    JASON S. MILLER
    Florida Bar No. 072206
    E-mail: JMiller@SilverMillerLaw.com
    **SILVER MILLER**
    11780 W. Sample Road
    Coral Springs, FL 33065
    Telephone:    (954) 516-6000

Civil Action No. 8:17-cv-01623-RAL-TGW

- and -

**WITES & KAPETAN, P.A**.
4400 N. Federal Highway
Lighthouse Point, FL 33064
Telephone:  (954) 570-8989
Facsimile:    (954) 354-0205
MARC A. WITES
Florida Bar No. 024783
E-mail: MWites@wklawyers.com

*Counsel for Plaintiffs and the Class*

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this  25th  day of October 2017 by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participant(s): **MAHLON H. ("TRIPP") BARLOW, ESQ.**, SIVYER, BARLOW & WATSON, P.A., *Counsel for Defendant, Payward, Inc. d/b/a Kraken*, 401 E. Jackson Street - Suite 2225, Tampa, FL 33602; and **ADAM R. BRAUSA, ESQ., ZACHARY G.F. ABRAHAMSON, ESQ., and JOSHUA H. LERNER, ESQ.**, DURIE TANGRI LLP, *Counsel for Defendant, Payward, Inc. d/b/a Kraken*, 217 Leidesdorff Street, San Francisco, CA 94111.

 /s/ David C. Silver 
DAVID C. SILVER